| | |
|---|---|
| 1 | BARBARA A. BLACKBURN, Bar No. 253731<br>bblackburn@littler.com |
| 2 | LITTLER MENDELSON, P.C.<br>500 Capitol Mall |
| 3 | Suite 2000<br>Sacramento, CA  95814 |
| 4 | Telephone: 916.830.7200<br>Facsimile:  916.561.0828 |
| 5 | |
| 6 | JEFFREY J. MANN, Bar No. 253440<br>jmann@littler.com |
| 7 | LITTLER MENDELSON, P.C.<br>Treat Towers |
| 8 | 1255 Treat Boulevard<br>Suite 600 |
| 9 | Walnut Creek, CA  94597<br>Telephone: 925.932.2468 |
|   | Facsimile:  925.946.9809 |
| 10 | |
| 11 | SCOTT A. FORMAN, Bar No. 0065950<br>sforman@littler.com |
| 12 | LITTLER MENDELSON, P.C.<br>Wells Fargo Center |
| 13 | 333 SE 2nd Avenue<br>Suite 2700 |
| 14 | Miami, FL  33131<br>Telephone: 305.400.7500 |
|    | Facsimile:  305.675.8497 |
| 15 | |
| 16 | Attorneys for Defendant<br>WAL-MART STORES, INC., N/K/A WALMART INC. |
| 17 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMA WILDER,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., N/K/A WALMART INC.,<br><br>    Defendant. | Case No.  2:19-cv-10772 DDP (PLAx)<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE**<br><br>Date:     April 6, 2020<br>Time:     10:00 a.m.<br>Dept.:    9th Floor, Courtroom 9C<br><br>Complaint filed January 20, 2019 |

**TO PLAINTIFF ERMA WILDER AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 6, 2020, at 10:00 a.m., or as soon

1  thereafter as the matter may be heard, in Courtroom 9C of the United States District
2  Court for the Central District of California, located at 350 West 1st Street, Los Angeles,
3  CA 90012, Defendant WAL-MART STORES, INC., N/K/A WALMART INC.
4  (hereinafter "Defendant") will, and hereby do move this Court for an order striking
5  Exhibit 1 from Plaintiff's complaint pursuant to Rule 12(f), on the ground that the
6  exhibit is not a written instrument and contains material not properly set forth in an
7  exhibit.

8      This Motion is based upon this Notice and the Memorandum of Points and
9  Authorities filed concurrently herewith, as well as all other papers and records on file
10 with the Court in this action and such oral argument as may be presented during the
11 hearing of this Motion.

12     This motion is made following the conference of counsel pursuant to Local Rule
13 7-3 which took place between February 26, 2020 and March 4, 2020.

14 Dated:   March 6, 2020

16                                    */s/ Jeffrey J. Mann*
17                                    BARBARA A. BLACKBURN
                                      JEFFREY J. MANN
                                      LITTLER MENDELSON, P.C.
18                                    Attorneys for Defendant

4824-9666-5270.1 080000.4074

NOTICE OF MOTION AND MOTION TO STRIKE    2.    Case No.  2:19-cv-10772 DDP (PLAx)

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200